UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DON C. WILSON,

                    Petitioner,

          vs.

D. K. SISTO,

                    Respondent.

No. 2:06-cv-02006-JKS

FINAL JUDGMENT

          The Court having entered its Memorandum Decision of even date herewith disposing of all the issues raised in the petition,

          **IT IS ORDERED, ADJUDGED AND DECREED THAT** the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is **DISMISSED**.

          **IT IS FURTHER ORDERED THAT** the Court declines to issue a Certificate of Appealability.  28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000) (a COA should be granted where the applicant has made "a substantial showing of the denial of a constitutional right," *i.e.,* when "reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further" (internal quotation marks and citations omitted)); *Hoffman v. Arave*, 455 F.3d 926, 943 (9th Cir. 2006) (same).  All federal constitutional issues properly raised in the petition were deemed addressed by the Califonria Supreme Court in denying Petitioner's writ before that court, and no reasonable jurist could find that decision was "objectively unreasonable."

          Dated: December 13, 2007.

                                        s/ James K. Singleton, Jr.
                                        JAMES K. SINGLETON, JR.
                                        United States District Judge